UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNIDSIC MUSIC, INC.,                               20 CIV. 10946

        Plaintiff,                              COMPLAINT

  -against-

43 NORTH BROADWAY LLC,

        Defendant.

-------------------------------------------------------X

    Plaintiff Unidisc Music, Inc. by its attorneys Cinque & Cinque, P. C. for its complaint alleges:

    1. Plaintiff Unidisc Music, Inc. ("Unidisc") is a corporation organized under the laws of the Province of Quebec, Canada with its principal place of business in Canada. Unidisc is engaged in the business, inter alia, of licensing sound recordings.

    2. Defendant 43 North Broadway LLC is a limited liability company organized under the laws of the State of New York with its principal place of business in New York. None of Defendant's members is a citizen of Canada. Defendant is engaged in the business, inter alia, of licensing sound recordings.

    3. This Court has jurisdiction over the subject matter of this action based on diversity of citizenship pursuant to 28 U.S.C. §1332, in that the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between a citizen of a state and a citizen of a foreign state.

4. By agreement dated October 4, 2000 between Unidisc and Simitar Entertainment, Inc. (the "Simitar Agreement"), Unidisc purchased the entire sound recording catalogs of Simitar Entertainment, Inc. and Pickwick Communications, Inc. Included among these catalogs was a sound recording entitled "Liar Liar" performed by the recording group "The Castaways" (hereinafter "Liar Liar").

5. As a result of the Simitar Agreement Unidisc has the sole and exclusive right to license "Liar Liar."

6. Defendant has been licensing "Liar Liar" without Unidisc's permission and has received monies from such unauthorized activity, the amount of which is currently unknown to Unidisc.

7. Prior to the commencement of this action Unidisc requested in writing that Defendant cease and desist from licensing "Liar Liar" but it has refused to do so.

8. Defendant continues to license "Liar Liar" and unless enjoined by this Court will continue to do so.

WHEREFORE, Unidisc prays for judgment:

(a) that Defendant account for all monies received from its unauthorized licensing of "Liar Liar" and pay Unidisc all such monies plus applicable interest;

(b) that Defendant, its agents, employees, successors and assigns be preliminarily enjoined and restrained during the pendency of this action and permanently thereafter from licensing "Liar Liar" or from claiming any rights in such sound recording;

(c) that Defendant be required to pay the costs and disbursements of this action; and

(d)  such other and further relief as the Court may deem just and proper.

DATED:  NEW YORK, NEW YORK
        DECEMBER 28, 2020

                                              CINQUE & CIINQUE, P. C.

                                              By:  /s/ James P. Cinque
                                                  James P. Cinque
                                             Attorneys for Plaintiff
                                             355 Lexington Avenue, 8th Floor
                                             New York, New York  10017
                                             Telephone:  (212) 759-5515
                                             E-mail:  CINQUE845@aol.com