LAW OFFICES
## CINQUE & CINQUE, P.C.
355 LEXINGTON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10017

**MEMO ENDORSED**

ROBERT W. CINQUE
JAMES P. CINQUE

TELEPHONE: (212) 759-5515
E-MAIL: CINQUE845@aol.com

MEMBERS OF NY & CA BARS

June 17, 2021

**VIA ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

  Re: Unidisc Music, Inc. v. 43 North Broadway LLC
   Case No.: 20 CIV. 10946 (KMK)

Dear Judge Karas:

  We are the attorneys for plaintiff and are writing pursuant to Your May 19, 2021 Order to request a thirty (30) day extension of the deadline for plaintiff to move to reopen the matter.

  A settlement agreement has been signed by both parties, but it requires defendant to send a notice to a third party. The notice has not yet been sent but I have been advised that it will be done soon.

  We therefore respectfully request that the deadline to reopen the matter be continued until July 16, 2021 to afford defendant additional time to comply with the terms of the settlement.

        Respectfully yours,

        /s/ James P. Cinque

JPC:kp         JAMES P. CINQUE

Granted.

So Ordered.

*(signature)*

6/18/21